No. 85–870.  METROPOLITAN COUNTY BOARD OF EDUCATION OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, ET AL. *v.* KELLEY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–872.  SCHOR ET AL. *v.* CONTICOMMODITY SERVICES, INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 85–887.  BASIN ELECTRIC POWER COOPERATIVE *v.* MIDWEST PROCESSING CO.  C. A. 8th Cir.  Certiorari denied.

No. 85–892.  OHLE ET AL. *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 85–901.  SHEFFER ET AL. *v.* MALLONN, AUDITOR, CITY OF CANTON, OHIO, ET AL.  Ct. App. Ohio, Stark County.  Certiorari denied.

No. 85–910.  WHITEHEAD *v.* SOUTHERN RAILWAY CO.  Ct. App. Ky.  Certiorari denied.

No. 85–919.  GILLESPIE *v.* WISCONSIN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 85–921.  CARL E. WIDELL & SONS *v.* ELLISON ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–5127.  LAWRENCE *v.* CUNNINGHAM, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 85–5147.  HAYNES *v.* VERDEYEN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–5163.  CARR *v.* HOLLAND, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 85–5264.  THORNTON *v.* HOLLAND, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 85–5437.  MORA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 85–5535.  WRIGHT *v.* BOURBEAU ET AL.  App. Ct. Conn.  Certiorari denied.